No. 11–10285. JENKINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–10287. WILLIAMS *v.* BROWN, GOVERNOR OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 11–10290. KEELING *v.* BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10293. ADAMCIK *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 11–10295. BROWN *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–10297. PRUETT *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10300. ORELLANA CAMPOS *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 11–10301. PAYNE *v.* CITY OF MISSOULA, MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10305. MARTIN *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 11–10307. KAPORDELIS *v.* GAINESVILLE SURGERY CENTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10308. WILSON *v.* MCLAUGHLIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–10310. CINI *v.* CINI. Sup. Ct. Mont. Certiorari denied.

No. 11–10311. DEROUEN *v.* FALLS COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.